JS-6

NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| CARLOS CASIM,<br><br>    Plaintiffs,<br><br>    vs.<br><br>CARGILL, INCORPORATED, a corporation and DOES 1-25, inclusive,<br><br>    Defendants. | CASE NO. SACV10-01550DOC(MLGx)<br><br>**ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

   Plaintiff Carlos Casim and Defendant Cargill, Incorporated have presented to the Court a stipulation to dismiss this entire action with prejudice, in which they have represented that they have reached a complete resolution of Plaintiff's claims for relief, memorialized in a confidential settlement agreement and release.

   Based upon the foregoing, IT IS HEREBY ORDERED that the above-captioned action hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear its own costs and attorneys' fees, except as otherwise may be allocated in the parties' settlement agreement.  All scheduled dates ordered vacated.

**IT IS SO ORDERED.**

DATE: September 22, 2011_

*/s/ David O. Carter*

HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

32902370.1

1

**[PROPOSED] ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**